**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7596**

JEFFREY COLEMAN,

Plaintiff - Appellant,

v.

JOHN JABE; T. JONES; CATHERINE TURNER; ROBERT BIVENS; HAROLD
CLARKE; STANLEY YOUNG; GENE JOHNSON; ROY WALZ; RON HALL; G.
ROBINSON; JOHN GARMAN; K. S. RICHARDSON; S. MEEKS; MAJOR
BATTON; D. J. HASTY-MARTIN; LOU CEI; RANDY MYERS; TED DURR;
DAVE HAMMOND; JONES EXPRESS MUSIC; KEEFE COMMISSARY; THE
VIRGINIA DEPARTMENT OF CORRECTIONS; UNKNOWN MEMBERS OF THE
FAITH REVIEW COMMITTEE,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, District
Judge. (7:11-cv-00518-SGW-RSB)

Submitted: March 29, 2012          Decided: April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jeffrey Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Coleman seeks to appeal the district court's orders directing him to amend his 42 U.S.C. § 1983 (2006) to comply with Rule 8(a)(2) of the Federal Rules of Civil Procedure and denying reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Coleman seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Coleman's motion for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2